■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN WHITE, Appellant. [926 NYS2d 297]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 4, 2010 (*People v White,* 73 AD3d 820 [2010]), affirming a judgment of the Supreme Court, Nassau County, rendered June 6, 2008.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the

effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Angiolillo, Leventhal and Lott, JJ., concur.